UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Robbie Lee Duke** **Docket No. 5:24-CR-29-1D**

**Petition for Action on Supervised Release**

COMES NOW Orlando M. Roberts, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Robbie Lee Duke, who, upon an earlier plea of guilty to Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250(a), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on March 18, 2025, to the custody of the Bureau of Prisons for a term of 26 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Robbie Lee Duke was released from custody on September 11, 2026, at which time the term of supervised release commenced.

On October 16, 2026, a Petition for Action was approved by the court addressing U.S. v. McLaurin. At that time, the court ordered that the defendant be subject to the mandatory conditions that were imposed at sentencing, the standard conditions, as referenced in the current standing order for the Eastern District of North Carolina, and special conditions imposed by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 9, 2026, the defendant submitted a urine sample that tested positive for cocaine. During contact with the undersigned probation officer, the defendant willing admitted to using the illegal substance.

It is recommended that a mental health condition be added, as it would be beneficial to the defendant's continued transition back to the community. Accordingly, he signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Orlando M. Roberts
Orlando M. Roberts
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 252-508-3055
Executed On: November 12, 2026

## ORDER OF THE COURT

Considered and ordered this 13 day of November, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge